

RECEIVED AND FILED
CASHIER 2
04 JUL -7 PM
THE DISTRICT OF
PUERTO RICO

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

               *      CASE NO. 04 - 07155

**CESAR A. RAMOS ORTIZ**    *

Debtor(s)          *      CHAPTER 13

                     *

### NOTICE OF FILING PETITION IN BANKRUPTCY UNDER CHAPTER 13 AND OF AUTOMATIC STAY OF SUITS

**TO THE HONORABLE COURT:**

       You are hereby notified that the above named Debtor has filed a petition under Chapter 13 of Title 11 United States Code on _____.

       Pursuant to the provisions of 11 USC 362, the filing of the petition by the above-named debtor operates as a stay of the commencement or continuation of any court or other proceeding against the debtor, of the enforcement of any judgment against him, of any act or the commencement or continuation of any court proceeding to enforce any lien on the property of the debtor, and of any court proceeding commenced for the purpose of rehabilitation of the debtor or the liquidation of his estate.

       Your are further notified that under Bankruptcy Code, 11 USC 1301, a creditor may not act, or commence or continue any civil action, to collect all or any part of a consumer debt of the debtor foray individual that is liable of such debt with the debtor.

       This notice is sent to you by order of the United States Bankruptcy Judge.

       In San Juan, Puerto Rico, this

               JUL - 7 2004



                       **CELESTINO MATTA-MENDEZ**
             **CLERK OF COURT**
             **U.S. BANKRUPTCY COURT**

             **By:** _____
                 Deputy Clerk

7155 (E)

**Form B1**

UNITED STATES BANKRUPTCY COURT
U.S. CORT DISTRICT OF PUERTO RICO

## Voluntary Petition

04-07155

| Name of Debtor (If individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| RAMOS ORTIZ, CESAR A. | None. |

| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
|---|---|
| N/A | None. |

| Soc. Sec./Tax I.D. No. (if more than one, state all): | Soc. Sec./Tax I.D. No. (if more than one, state all): |
|---|---|
| XXX-XX-9712 / NONE | None. / None. |

| Street Address of Debtor (No. & Street,City,State & Zip Code): | Street Address of Joint Debtor (No. & Street,City,State & Zip Code): |
|---|---|
| URB. JARDINES DE YABUCOA CALLE 2, C-5 YABUCOA PR 00767 | None. |

| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: None. |
|---|---|
| YABUCOA | |

| Mailing Address of Debtor (If different from street address): | Mailing Address of Joint Debtor (If different from street address): |
|---|---|
| SAME AS ABOVE | None. |

Location of Principal Assets of Business Debtor
(If different from address noted above) : None.

### INFORMATION REGARDING DEBTOR (Check the Applicable Boxes)

**Venue (Check any applicable box)**

☑ Debtor has been domiciled or has had a residence, principal place of business or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply)<br>☑ **Individual(s)** | Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box)<br>☑ **Chapter 13** |
|---|---|
| Nature of Debts (Check one box)<br>☑ **Consumer/Non-Business** | **Filing Fee (Check one box)** |
| **Chapter 11 Small Business (Check all boxes that apply)**<br>☐ Debtor is a small business as defined in 11 USC Sec. 101.<br>☐ Debtor is and elects to be considered a small business under defined in 11 USC Sec. 1121(e) (Optional) | ☑ Full Filing Fee attached. |

| Statistical/Administrative Information (Estimates only) | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |
| Estimated Number of Creditors ☑ 1 - 15 (1) | |
| Estimated Assets ☑ $50,001 to $100,000 (2) | |
| Estimated Debts ☑ $0 to $50,000 (1) | |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | **Name of Debtor(s):**<br>**CESAR A. RAMOS ORTIZ** | **Form B1, Page 2** |
|---|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)** | | |
|---|---|---|
| Location Where Filed: **Unknown.** | Case Number: **Unknown.** | Date Filed: **Unknown.** |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor
### (If more than one, attach additional sheet)

| Name of Debtor: **Unknown.** | Case Number: **Unknown.** | Date Filed: **Unknown.** |
|---|---|---|
| District: **Unknown.** | Relationship: **Unknown.** | Judge: **Unknown.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of Title 11, UNITED STATES CODE, understand the relief available under each such chapter, and choose to proceed under Chapter 7.

I request relief in accordance with the chapter of title 11, UNITED STATES CODE, specified in this petition.

X _____
CESAR A. RAMOS ORTIZ
Signature of Debtor,

X _____
Signature of Joint Debtor,

Telephone Number (If not represented by attorney)

Date: June 17, 2004

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, UNITED STATES CODE, specified in this petition.

X _____
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date:

### Signature of Attorney

X _____
Signature of Attorney for Debtor(s)
FRANCISCO ORTIZ MCWILLIAMS
Printed Name of Attorney for Debtor(s)
FRANCISCO ORTIZ MCWILLIAMS
Firm Name
APARTADO 1786
JUNCOS, PR 00777-1786
Address
Telephone Number: (787)852-8558

Date: June 17, 2004

### Signature Of Non-Attorney Bankruptcy Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. Sec. 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed Name of Bankruptcy Petition Preparer

Social Security Number

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

Date: _____

A bankruptcy petition preparer's failure to comply with the provisions of Title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. Sec. 110 and 18 U.S.C. Sec. 156.

### EXHIBIT A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11.)

☐ Exhibit "A" is attached and made a part of this petition.

### EXHIBIT B

(To be completed if debtor is an individual whose debts are primarily consumer debts.)
I, the attorney for the petitioner(s) named in the foregoing petition, declare that I have informed the petitioner(s) that (he, she or they) may proceed under chapter 7, 11, 12 or 13 of Title 11, UNITED STATES CODE, and have explained the relief available under each such chapter.

X _____   June 17, 2004
Signature of Attorney for Debtor(s)        Date

# UNITED STATES BANKRUPTCY COURT
# U.S. CORT DISTRICT OF PUERTO RICO

In re

**CESAR A. RAMOS ORTIZ,**
aka: N/A

Case No.

**Debtor(s)**

**Address**
**URB. JARDINES DE YABUCOA**
**CALLE 2, C-5**
**YABUCOA PR 00767**
**SAME AS ABOVE**

Chapter 13

Social Security No(s).
XXX-XX-9712
Employer's Tax Identification Nos. [if any]
NONE

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. Sec. 329(a) and Fed. R. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept $ 1,500.00

    Prior to the filing of this statement

        I have received...............$ 00.00

        Balance Due..................$ 1,500.00

2.  The source of the compensation paid to me was:

- Law Office -
FRANCISCO ORTIZ MCWILLIAMS
APARTADO 1786
JUNCOS, PR 00777-1786
(787)852-8558

DISCLOSURE OF COMPENSATION 1-3

1    $194.00 + $176.00 = $370.00 of the filing fee in this case has been paid.

2    ☑ Debtor

3    3. The source of compensation to be paid me is:

4    ☑ Debtor

5    4. ☑ I have not agreed to share the above-disclosed

6    compensation with any other person unless they are

7    members and associates of my law firm.

8    ☐ I have agreed to share the above-disclosed compensation

9    with a person or persons who are not members or

10    associates of my law firm. A copy of the agreement,

11    together with a list of the names of the people sharing

12    in the compensation, is attached.

13    5. In return for the above-disclosed fee, I have agreed to

14    render legal service for all aspects of the bankruptcy

15    case, including:

16    a. Analysis of the debtor's financial situation, and

17    rendering advice to the debtor in determining

18    whether to file a petition in bankruptcy;

19    b. Preparation and filing of any petition, schedules,

20    statement of affairs and plan which may be required;

21    c. Representation of the debtor at the meeting of

22    creditors and confirmation hearing, and any

23    adjourned hearings thereof;

24    d. [Other provisions as needed]: None.

25

- Law Office -
FRANCISCO ORTIZ MCWILLIAMS
APARTADO 1786
JUNCOS, PR 00777-1786
(787)852-8558

DISCLOSURE OF COMPENSATION 2-3

1   6.   By agreement with the debtor(s), the above-disclosed fee

2        does not include the following services:   representation

3        of the debtor in adversary proceedings and other

4        contested bankruptcy matters.

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

june 17, 2004
_____
*Date*

_____
FRANCISCO ORTIZ MCWILLIAMS,
*Attorney for Debtor(s)*

FRANCISCO ORTIZ MCWILLIAMS
*Name of Law Firm*

---

- Law Office -
FRANCISCO ORTIZ MCWILLIAMS
APARTADO 1786
JUNCOS, PR 00777-1786
(787)852-8558

In re    **RAMOS ORTIZ, CESAR A.**                    Case No.

        **Debtor(s)**                                          **Chapter 13**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife or both own the property by placing an "H," "W," "J," or "C" in the column labeled "H, W, J or C." If the debtor holds no interest in real property write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in anyproperty, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J or C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTIONS | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| RESIDENCE LOCATED AT URB JARDINES DE YABUCOA IN YABUCOA, PR | EQUITABLE | | $72,000.00 | $0.00 |
| | | TOTAL | $72,000.00 | |

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "H, W, J or C." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G- Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under Description and Location of Property."

| TYPE OF PROPERTY | N o n e | DESCRIPTION AND LOCATION OF PROPERTY | H W J or C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | IN PERSONAL POSSESSION OF DEBTOR | | $150.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3.  Security deposits with public utilities, telephone companies, landlords and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video and computer equipment. | | BED ROOM SET, LIVING ROOM SET, REFRIGERATOR, STOVE, OVEN, LAMP, CHAIRS, TABLES, T.V., STEREO, RADIO | | $6,000.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | TROUSERS, JEANS, SHIRTS, SHOES, BELTS, SUITS. | | $1,200.00 |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |
| 11.  Interests in IRA, ERISA, Keogh or other pension or profit-sharing plans. Itemize. | X | | | |
| 12.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |

In re    RAMOS ORTIZ, CESAR A.                      Case No.

          Debtor(s)                                  Chapter 13

| TYPE OF PROPERTY | N o n e | DESCRIPTION AND LOCATION OF PROPERTY | H W J or C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15.  Accounts receivable. | X | | | |
| 16.  Alimony, maintenance, support and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17.  Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18.  Equitable or future interests, life estates and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19.  Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy or trust. | X | | | |
| 20.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims or the debtor and rights to setoff claims. Give estimated value of each. | X | | | |
| 21.  Patents, copyrights and other intellectual property. Give particulars. | X | | | |
| 22.  Licenses, franchises and other general intangibles. Give particulars. | X | | | |
| 23.  Automobiles, trucks, trailers and other vehicles. | X | | | |
| 24.  Boats, motors and accessories. | X | | | |
| 25.  Aircraft and accessories. | X | | | |
| 26.  Office equipment, furnishings and supplies. | X | | | |
| 27.  Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 28.  Inventory. | X | | | |
| 29.  Animals. | X | | | |
| 30.  Crops - growing or harvested. Give particulars. | X | | | |
| 31.  Farming equipment and implements. | X | | | |
| 32.  Farm supplies, chemicals and feed. | X | | | |

SCHEDULE B - PERSONAL PROPERTY  2 - 3

In re    RAMOS ORTIZ, CESAR A.               Case No.
          Debtor(s)                                                      Chapter 13

| TYPE OF PROPERTY | N o n e | DESCRIPTION AND LOCATION OF PROPERTY | H W J or C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | Total | $7,350.00 |

SCHEDULE B - PERSONAL PROPERTY  3 - 3

In re    RAMOS ORTIZ, CESAR A.                     Case No.

　　　　　Debtor(s)                                      Chapter 13

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which the debtor is entitled under

☑ 11 U.S.C. 522(b)(1) Exemptions provided in 11 U.S.C. 522(d).  Note:  These exemptions are available only in certain states.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| CASH | SEC. 522 (d) (5) | $ 150.00 | $ 150.00 |
| HOUSEHOLD GOODS | SEC. 522 (d) (3) | $6,000.00 | $6,000.00 |
| RESIDENCE | SEC. 522 (d) (1) | $66,000.00 | $72,000.00 |
| WEARING APPAREL | SEC. 522 (d) (3) | $1,200.00 | $1,200.00 |

In re    RAMOS ORTIZ, CESAR A.                Case No.

      Debtor(s)                                          Chapter 13

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgement liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "H, W, J or C."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H, W, J, or C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Acct. No.<br><br>CRIM<br>P.O. BOX 9024140<br>SAN JUAN, PR  00902-4140 | | | TAXES | | | | $603.58 | !Unexpected End of Formula |
| Acct. No. N/A<br><br>DORAL MNORTGAGE<br>P.O. BOX 13988<br>SAN JUAN, PR  00908 | | | REAL ESTATE MORTGAGE | | | | $66,194.02 | |
| | | | **Subtotal this page** | | | | **$66,797.60** | |
| | | | **TOTAL** | | | | **$ 66,797.60** | |

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete set of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided.  Only holders of unsecured claims entitled to priority should be listed in this schedule.  In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "H, W, J or C."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Subtotal" on each sheet.  Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**
    Claims arising in the ordinary course of a debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. Sec. 507(a)(2).

☐ **Wages, salaries and commissions**
    Wages, salaries, and commissions, including vacation, severance, and sick pay owing to employees, up to a maximum of $4300 per employee, earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. Sec. 507(a)(3).

☐ **Contributions to employee benefit plans**
    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. Sec. 507(a)(4).

☐ **Certain farmers and fishermen**
    Claims of certain farmers and fishermen, up to a maximum of $4300 per farmer or fisherman, against the debtor, as provided in 11 U.S.C. Sec. 507(a)(5).

☐ **Deposits by individuals**
    Claims of individuals up to a maximum of $1950 for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. Sec. 507(a)(6).

☐ **Alimony, maintenance, and support**
    Debts to a spouse, former spouse, or child of the debtor, for alimony to, maintenance for, or support of such spouse or child. 11 U.S.C. Sec. 507(a)(7).

☐ **Taxes and other certain debts owed to governmental units**
    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. Sec. 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. Sec. 507(a)(9).

In re     RAMOS ORTIZ, CESAR A.      Case No.

Debtor(s)                                          Chapter 13

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled 'H, W, J or C."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ **Check this box if debtor has no creditors holding unsecured non-priority claims to report on this Schedule F.**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J o r C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Acct. No. 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 <br><br> AEELA <br> P.O. BOX 364508 <br> SAN JUAN, PR  00936 | | | PERSONAL LOAN | | | | $3,540.99 |
| Acct. No. 8005521573 <br><br> BANCO SANTANDER <br> P.O. BOX 362589 <br> SAN JUAN, PR  00936-2589 | | | PERSONAL LOAN | | | | $6,614.59 |
| Acct. No. 22964-1 <br><br> COOP. YABUCOEÑA <br> P.O. BOX 31 <br> YABUCOA, PR  00767 | | | PERSONAL LOAN | | | | $2,792.41 |
| | | | Subtotal this page | | | | $12,947.99 |
| | | | TOTAL | | | | $12,947.99 |

In re    **RAMOS ORTIZ, CESAR A.**                     **Case No.**

          **Debtor(s)**                                              **Chapter 13**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☐ **Check this box if debtor has no executory contracts or unexpired leases.**

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| NONE | This is not a nonresidential real property lease. |

**In re**    RAMOS ORTIZ, CESAR A.            **Case No.**

                 **Debtor(s)**                                   **Chapter 13**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case, should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐ **Check this box if debtor has no codebtors.**

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | NONE |


# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: **Married, Separated** | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| | NAMES: None. | AGE: None. | RELATIONSHIP: None. |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | None. |
| Name of Employer | POLICIA DE PR | None. |
| How long employed | 7 YEARS | None. |
| Address of Employer | YABUCOA, PR | None. |

| Income: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary and commissions (pro rata if not paid monthly) | $1,863.00 | $ 0.00 |
| Estimated monthly overtime | $ 41.66 | $ 0.00 |
| **SUBTOTAL** | **$1,904.66** | **$ 0.00** |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 107.42 | $ 0.00 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other (specify): (AH 52.54, Med 60, Asoc. 13.00, FB 2.00, Prest. Retiro 100.18, Retiro 149.20) None. | $ 376.82 | $ 0.00 |
| **SUBTOTAL OF PAYROLL DEDUCTIONS** | **$ 484.24** | **$ 0.00** |
| **TOTAL NET MONTHLY TAKE-HOME PAY** | **$1,420.42** | **$ 0.00** |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| Income from real property | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| Social security or other government assistance (specify): | $ 0.00 | $ 0.00 |
| Pension or retirement income | $ 0.00 | $ 0.00 |
| Other monthly income (specify): Debtor: None. Spouse: None. | $ 0.00 | $ 0.00 |
| **TOTAL MONTHLY INCOME** | **$1,420.42** | **$ 0.00** |

**TOTAL COMBINED MONTHLY INCOME**    $1,420.42        (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document: None.



In re      RAMOS ORTIZ, CESAR A.                                          Case No.

                    Debtor(s)                                                Chapter 13

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Prorate any payments made bi-weekly, quarterly, semi-annually or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 480.00 |
|     Are real estate taxes included?  No. | |
|     Is property insurance included?  No. | |
| Utilities:  Electricity and heating fuel | $   75.00 |
|     Water and sewer | $   14.00 |
|     Telephone | $   45.00 |
|     Other (specify): None. | $    0.00 |
| Home maintenance (repairs and upkeep) | $    0.00 |
| Food | $ 150.00 |
| Clothing | $   70.00 |
| Laundry and dry cleaning | $   30.00 |
| Medical and dental expenses | $   40.00 |
| Transportation (not including car payments) | $   15.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $    0.00 |
| Charitable contributions | $    0.00 |
| Insurance (not deducted from wages or included in home mortgage payment) | $    0.00 |
|     Homeowner's or renter's | |
|     Life | $    0.00 |
|     Health | $    0.00 |
|     Auto | $    0.00 |
|     Other (specify):  None. | $    0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) (Specify) None. | $    0.00 |
| Installment payments | |
|     Auto | $ 200.00 |
|     Other:  None. | $    0.00 |
| Alimony, maintenance and support paid to others | $    0.00 |
| Payments for support of additional dependents not living at your home | $    0.00 |
| Regular expenses from operation of business, profession or farm. | $    0.00 |
|   (attach detailed statement) | $    0.00 |
| Other:  None. | $    0.00 |

**TOTAL MONTHLY EXPENSES** (Report also on Summary of Schedules)

| |
|:---:|
| $1,129.00 |

**(FOR CHAPTER 12 AND 13 DEBTORS ONLY)** Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---:|
| A.  Total projected monthly income | $1,420.42 |
| B.  Total projected monthly expenses | $1,129.00 |
| C.  Excess income (A minus B) | $  291.42 |
| D.  Total amount to be paid into plan each   (interval). | |

# UNITED STATES BANKRUPTCY COURT
## U.S. CORT DISTRICT OF PUERTO RICO

In re    RAMOS ORTIZ, CESAR A.        Case No.

       Debtor(s)                     Chapter 13

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

|  |  |  | AMOUNTS SCHEDULED | | |
| --- | :---: | :---: | :---: | :---: | :---: |
| NAME OF SCHEDULE | Attached | Num. Pages | ASSETS | LIABILITIES | OTHER |
| A - REAL PROPERTY | YES | 1 | $72,000.00 |  |  |
| B - PERSONAL PROPERTY | YES | 3 | $7,350.00 |  |  |
| C - PROPERTY CLAIMED AS EXEMPT | YES | 1 |  |  |  |
| D - CREDITORS HOLDING SECURED CLAIMS | YES | 1 |  | $66,797.60 |  |
| E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS | YES | 1 |  | $0.00 |  |
| F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS | YES | 1 |  | $12,947.99 |  |
| G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES | YES | 1 |  |  |  |
| H - CODEBTORS | YES | 1 |  |  |  |
| I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) | YES | 1 |  |  | $1,420.42 |
| J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) | YES | 1 |  |  | $1,129.00 |
| Total Number of Sheets in ALL Schedules | | 12 |  |  |  |
| Total Assets | | | $79,350.00 |  |  |
| Total Liabilities | | | | $79,745.59 |  |

In re    RAMOS ORTIZ, CESAR A.           Case No. _____

          Debtor(s).                                    Chapter 13

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 12 sheet(s), and that they are true and correct to the best of my knowledge, information and belief.

Date:  __june 17, 2004__          Signature  _____
                                             CESAR A. RAMOS ORTIZ,
                                             Debtor

Date:  _____          Signature  _____
                                             , Joint Debtor
                                                    (If joint case, both spouses must sign)
_____

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF
### CORPORATION OR PARTNERSHIP

I, the  [the president or other officer or an authorized agent of the partnership] of the entity named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 1 sheet(s), and that they are true and correct to the best of my knowledge, information and belief.

                                             by
Date:  _____          Signature  _____

_____ [An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER
(See 11 U.S.C. 4,6 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. Sec. 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed or typed name of Bankruptcy Petition Preparer

_____
Social Security No.

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

_____          _____
Signature of Bankruptcy Petition Preparer          Date

*A bankruptcy petition preparer's failure to comply with the provisions of Title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. Sec. 110 and 18 U.S.C. Sec. 156.*

*Penalty for making a false statement or concealing property.*
*Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. Secs. 152 and 3571.*



# UNITED STATES BANKRUPTCY COURT
# U.S. CORT DISTRICT OF PUERTO RICO

In re    RAMOS ORTIZ, CESAR A.                              Case No.

        Debtor(s)                                          Chapter 13

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 15 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 16 - 21. If the answer to any question is "None," or the question is not applicable, mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS
*"In Business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the two years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or person in control of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any person in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. Sec. 101.

---

## 1. Income from employment or operation of business

None    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the
☑    beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.).

AMOUNT                                          SOURCE (if more than one)
n/a

## 2. Income other than from employment or operation of business

None    State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two
☑    years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                          SOURCE
n/a

**In re**    RAMOS ORTIZ, CESAR A.          **Case No.**

         **Debtor(s)**                                          **Chapter 13**

# STATEMENT OF FINANCIAL AFFAIRS
(Continuation Sheet)

## 3. Payments to creditors

None ☑    3.a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| n/a | | | |

None ☑    3.b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| n/a | | | |

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None    4.a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the commencement of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| DORAL FINANCIAL CORPORATION VS CESAR A. RAMOS ORTIZ HCD2001-0483 | RECOVRY MONEY | ESTADO LIBRE ASOCIADO DE PR TRIBUNAL DE PRIMERA INSTANCIA CENTRO JUDICIAL DE HUMACAO SALA SUPERIOR HUMACAO, PR | JUDJMENT |

None ☑    4.b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| n/a | | |

# STATEMENT OF FINANCIAL AFFAIRS
(Continuation Sheet)

### 5. Repossessions, foreclosures and returns

None   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the
☑      seller, within <u>one year</u> immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include
       information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
       filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| n/a | | |

### 6. Assignments and receiverships

None   6.a. Describe any assignment of property for the benefit of creditors made within <u>120 days</u> immediately preceding the commencement of this case.
☑      (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition
       is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|
| n/a | | |

None   6.b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within <u>one year</u> immediately preceding the
☑      commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses
       whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT, CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| n/a | | | |

### 7. Gifts

None   List all gifts or charitable contributions made within <u>one year</u> immediately preceding the commencement of this case except ordinary and usual gifts to family
☑      members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married
       debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the
       spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| n/a | | | |

# STATEMENT OF FINANCIAL AFFAIRS
(Continuation Sheet)

## 8. Losses

None
☑

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| n/a | | |

## 9. Payments related to debt counseling or bankruptcy

None
☑

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy with one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| n/a | | |

## 10. Other transfers

None
☑

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| n/a | | |

## 11. Closed financial accounts

None
☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| n/a | | |



**In re**    **RAMOS ORTIZ, CESAR A.**                                        **Case No.**

Debtor(s)                                                                  **Chapter 13**

# STATEMENT OF FINANCIAL AFFAIRS
(Continuation Sheet)

### 12. Safe deposit boxes
None    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within <u>one year</u> immediately preceding
☑    the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses
   whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| n/a | | | |

### 13. Setoffs
None    List all setoffs made by any creditor, including a bank, against a debt of the debtor within <u>90 days</u> preceding the commencement of this case. (Married
☑    debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the
   spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| n/a | | |

### 14. Property held for another person
None    List all property owned by another person that the debtor holds or controls.
☑

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| n/a | | |

### 15. Prior address of debtor
None    If the debtor has moved within the <u>two years</u> immediately preceding the commencement of this case, list all premises which the debtor occupied during that
☑    period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| n/a | | |

**In re**  RAMOS ORTIZ, CESAR A.  **Case No.**

**Debtor(s)** **Chapter 13**

## STATEMENT OF FINANCIAL AFFAIRS
(Continuation Sheet)

The following questions are to be completed by every debtor that is a corporation or a partnership and by any individual debtor who is or has been, within the two years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the two years immediately preceding the commencement of this case.)*

### 16. Nature, location and name of business

None  
☑

a. If the debtor is an individual, list the names and addresses of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the two years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the two years immediately preceding commencement of this case.

b. If the debtor is a partnership, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities, within the two years immediately preceding the commencement of this case.

c. If the debtor is a corporation, list the names and address of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities, within the two years immediately preceding the commencement of this case.

| NAME | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES OF OPERATION |
|------|---------|--------------------|------------------------------------------|
| n/a | | | |

### 17. Books, records and financial statements

None  
☑

17.a. List all bookkeepers and accountants who, within the six years immediately preceding the commencement of this bankruptcy case, kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------------------|--------------------------|
| n/a | |

None  
☑

17.b. List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATE SERVICES RENDERED |
|------|---------|-------------------------|
| n/a | | |

None  
☑

17.c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| n/a | |

None  
☑

17.d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|
| n/a | |

**STATEMENT OF FINANCIAL AFFAIRS  6 - 9**



In re     **RAMOS ORTIZ, CESAR A.**                 **Case No.**

           **Debtor(s)**                                    **Chapter 13**

# STATEMENT OF FINANCIAL AFFAIRS
(Continuation Sheet)

## 18. Inventories

None   18.a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar
☑      amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market, or other basis) |
|---|---|---|
| n/a | | |

None   18.b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.
☑

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| n/a | |

## 19. Current Partners, Officers, Directors and Shareholders

None   19.a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
☑

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| n/a | | |

None   19.b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or
☑      holds 5 percent or more of the voting securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| n/a | | |



In re   RAMOS ORTIZ, CESAR A.                    Case No.

Debtor(s)                                        Chapter 13

# STATEMENT OF FINANCIAL AFFAIRS
(Continuation Sheet)

### 20. Former partners, officers, directors and shareholders

None ☑   20.a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|
| n/a  |         |                    |

None ☑   20.b. If the debtor is a corporation, list all officers, or directors whose relationships with the corporation terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|
| n/a              |       |                     |

### 21. Withdrawals from a partnership or distribution by a corporation

None ☑   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|-------------------------------------------------------|--------------------------------|------------------------------------------------------|
| n/a                                                   |                                |                                                      |

*   *   *   *   *

In re    RAMOS ORTIZ, CESAR A.                          Case No.

        Debtor(s)                                       Chapter 13

# STATEMENT OF FINANCIAL AFFAIRS
(Continuation Sheet)

*[If completed an individual or individual and spouse]*
I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date_____june 17, 2004_____          _____
CESAR A. RAMOS ORTIZ
**Signature of Debtor**

Date_____          _____

_____          **Signature of Joint Debtor** (if any)

*[If completed on behalf of a partnership or corporation]*
I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date_____     by     _____
**Signature**

_____[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]_____

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER
(See 11 U.S.C. Sec. 110)
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. Sec. 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____    _____
Printed or typed name of Bankruptcy Petition Preparer        Social Security No.

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

_____
Signature of Bankruptcy Petition Preparer            Date

*A bankruptcy petition preparer's failure to comply with the provisions of Title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. Sec. 110 and 18 U.S.C. Sec. 156.*
*Penalty for making a false statement:*
*Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 and 3571.*

**STATEMENT OF FINANCIAL AFFAIRS  9 - 9**

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF PUERTO RICO

## CASE NO.: DY-07155

| | | |
|---|---|---|
| **1.**<br>CESAR A. RAMOS ORTIZ<br>CARO9712<br>URB. JARDINES DE YABUCOA<br>CALLE 2, C-5<br>YABUCOA, PR  00767 | **10**<br>OFFICE OF THE U.S.  TRUSTEE<br>P.O. BOX  9O23884<br>OLD SAN JUAN STATION<br>SAN JUAN, PR  00902-3884 | **19** |
| **2**<br>LCDO. FRANCISCO ORTIZ MCWILLIAMS<br>APARTADO 1786<br>JUNCOS, PR  00777-1786 | **11** | **20** |
| **3**<br>AEELA<br>P.O. BOX 364508<br>SAN JUAN, PR  00936 | **12** | **21** |
| **4**<br>BANCO SANTANDER<br>P.O. BOX 362589<br>SAN JUAN, PR  00936-2589 | **13** | **22** |
| **5**<br>COOP. YABUCOEÑA<br>P.O. BOX 31<br>YABUCOA, PR  00767 | **14** | **23** |
| **6**<br>DEPARTAMENTO DE HACIENDA<br>APARTADO S-2504<br>SAN JUAN, PR  00903 | **15** | **24** |
| **7**<br>DEPARTAMENTO DEL TRABAJO Y<br>RECURSOS HUMANOS<br>CALL BOX 1020<br>HATO REY, PR  00919-1020 | **16** | **25** |
| **8**<br>DORAL MORTGAGE<br>P.O. BOX 13988<br>SAN JUAN, PR  00908 | **17** | **26** |
| **9**<br>INTERNAL REVENUE SERVICES<br>MERCANTIL PLAZA BUILDING<br>SUITE 1014<br>2 PONCE DE LEON AVE.<br>SAN JUAN, PR  00918-1693 | **18** | **27** |

Box 1 Debtor, box 2 Attorney, box 3 begin alphabetical listing of all creditors listed on Schedule A.
All boxes must have complete addresses Including Zip Codes.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

**IN THE MATTER OF:**

    CESAR A RAMOS ORTIZ

        **Debtor(s)**

\*    **CASE NO.**
\*
\*
\*    04-07155
\*
\*    **CHAPTER** -13
\*

## NOTICE TO DEBTOR OF FILING A PETITION IN BANKRUPTCY UNDER CHAPTER 13

Upon the filing of the instant petition, the items checked were not submitted to the Court:

( )    **Signature** (Upon filing)

( )    **Master address list** (Upon filing)

( )    **Master address list in Diskette** (Upon filing)

( )    **List of Creditors** (Upon filing)

( )    **Statement of Social Security Number (Form B-21) and/or Employer ID Number** (Upon filing)

( )    **Statement disclosing compensation paid or to be paid to the Attorney for the debtor**
        **Must be submitted upon filing or within 15 days or any other date set by the Court, 11 U.S.C. & 329 and Rule 2016 (b), Fed. R. Bankr. P.**

( )    **Chapter 13 Plan** (Must be submitted with the petition or within 15 days) Rule 3015, Fed. R. Bankr.P.)

( )    **Schedules** (Must be submitted with the petition or within 15 days)

( )    **Statement of Financial Affairs** (Official Form 7)
        (Must be submitted with the petition or within 15 days. Rule 1007 (b) & (c)

      You are hereby notified that upon failure to file any of the above indicated documents within the prescribed period of time specified herein, the Court may enter an order of dismissal without further notice or hearing.

JUL - 7 2004

In San Juan, Puerto Rico, this_____.

                          **BY ORDER OF THE COURT**
                          **CELESTINO MATTA-MENDEZ**

                          **By:**_____

                               **Deputy Clerk**